UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLGER NOREKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIDEON TAYLOR CONSULTING, LLC and ) <br> PAUL TAYLOR, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. _____ |

### DEFENDANTS GIDEON TAYLOR CONSULTING, LLC AND PAUL TAYLOR'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446(b), and LR 83.1, defendants Gideon Taylor Consulting, LLC ("Gideon Taylor") and Paul Taylor file this Notice of Removal to remove this action from the Massachusetts Superior Court, sitting in Plymouth County, to this Court. Removal is appropriate because there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. As grounds for removal, defendants Gideon Taylor and Mr. Taylor state as follows:

### I. THE STATE COURT ACTION

1. On May 2, 2023, plaintiff Holger Noreke filed a Complaint against defendants Gideon Taylor and Paul Taylor in the Plymouth Superior Court for the Commonwealth of Massachusetts, entitled, Holger Noreke v. Gideon Taylor Consulting, LLC, et. al., Plymouth Superior Court Case No. 2383CV00350 (the "State Court Action"). (Plaintiff's Complaint attached hereto as Exhibit A).

2. A United States District Court Civil Cover Sheet and Category Sheet for the removal of the State Court Action are filed herewith.

4872-8487-0501.v1

3. This action arises from plaintiff's allegations concerning his former employment with Gideon Taylor, a Limited Liability Company with a principal place of business at 686 East 110 S, Unit 203, American Fork, Utah.  (Ex. A ¶ 4).  Plaintiff alleges that Gideon Taylor failed to pay amounts which he claims to be due arising out of his employment, and brings claims for violations of the Massachusetts Wage Act, G.L. c. 149, § 148, *et seq*. (the "Wage Act"), breach of contract, breach of the implied covenant of good faith and fair dealing, *quantum meruit*, intentional and negligent misrepresentation, and declaratory judgment.  (Ex. A ¶ 1).

4. Plaintiff alleges that Mr. Taylor, in his capacity as President and CEO of Gideon Taylor, is an "employer" subject to joint and several personal liability under the Wage Act.  (Ex. A ¶¶ 5-7).

5. Plaintiff further alleges that Gideon Taylor is liable for damages in the amount of $175,000.00 plus treble damages for breach of contract and $600,000.00 plus treble damages for reasonably anticipated lost wages, for a total sum of $775,000 plus treble damages.  (Ex. A, Civil Action Cover Sheet).

6. Gideon Taylor and Mr. Taylor are the only defendants named in the State Court Action.

## II. DEFENDANTS HAVE COMPLIED WITH 28 U.S.C. § 1446

7. Pursuant to 28 U.S.C. § 1446(a), the Summons, Complaint and Civil Cover Sheet and all other filings in the State Court Action are attached hereto as Exhibit A.  Defendants Gideon Taylor and Mr. Taylor were served with the Summons and Complaint on May 4, 2023.  As required by 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days after defendants were served with the Summons and Complaint in the State Court Action.

8.  Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, defendants will file a copy of this Notice with the Clerk of Court for the Plymouth Superior Court, Commonwealth of Massachusetts, which shall effect the removal and the State Court Action shall proceed no further.  Defendants will also give written notice of this removal to plaintiff.

### III.   REMOVAL IS PROPER BASED ON DIVERSITY OF CITIZENSHIP

9.  The above-described action is a civil action for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by defendants pursuant to 28 U.S.C. § 1441.

10. This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because (a) the parties to this action are citizens of different states and (b) the amount in controversy exceeds $75,000.00.

#### A.   There Is Complete Diversity Between Plaintiff And Defendants

11. As alleged in the Complaint, plaintiff resides in Plymouth County, Massachusetts. Complaint, ¶ 3.  Accordingly, he is a citizen of the Commonwealth of Massachusetts.

12. Defendant Paul Taylor is a citizen of the State of Utah.

13. Defendant Gideon Taylor is a Utah Limited Liability Company corporation with its principal place of business located at 686 East 110 S, Unit 203, American Fork, Utah 84003. Paul Taylor is the sole member of Gideon Taylor.

14. For purposes of diversity jurisdiction, "the citizenship of a limited liability company 'is determined by the citizenship of all its members.'" *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 126 (1st Cir. 2011) (quoting *Pramco, LLC*

*ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006)). Accordingly, Gideon Taylor is a citizen of Utah.

15. Because plaintiff is a citizen of Massachusetts and defendants are citizens of Utah, complete diversity exists between the parties.

### B. The Amount In Controversy Exceeds $75,000.00

16. In the Complaint, plaintiff contends that he suffered damages as a result of Gideon Taylor's conduct, and in plaintiff's Civil Action Cover Sheet in the State Court Action he alleges that his damages as $775,000.00 plus treble damages (Ex. A).

17. The amount in controversy therefore exceeds $75,000.00, exclusive of interest and costs. Accordingly, defendants Gideon Taylor and Mr. Taylor have satisfied 28 U.S.C. § 1332(a).

### IV. VENUE FOR PURPOSES OF REMOVAL IS PROPER IN THIS COURT

18. The United States District Court for the District of Massachusetts is the federal judicial district encompassing the Plymouth Superior Court, Commonwealth of Massachusetts, where the State Court Action was originally filed. See 28 U.S.C. § 101; L.R. 40.1(c)(1).

**WHEREFORE**, defendants Gideon Taylor Consulting, LLC and Paul Taylor respectfully remove this action, now pending in the Plymouth Superior Court for the Commonwealth of Massachusetts, to this Court for all purposes, including trial.

Respectfully submitted this 24th day of May, 2023.

        GIDEON TAYLOR CONSULTING, LLC and PAUL TAYLOR

        By their attorneys,

        /s/ Matthew C. Moschella
        Matthew C. Moschella BBO #653885
        David A. Michel BBO#682122
        SHERIN AND LODGEN LLP
        101 Federal Street
        Boston, Massachusetts 02110
        617.646.2000
        mcmoschella@sherin.com
        damichel@sherin.com

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: <u>May 24, 2023</u>         <u>/s/ Matthew C. Moschella</u>
                                                  Matthew C. Moschella